### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF GEORGIA
### VALDOSTA DIVISION

| | |
|---|---|
| THOMAS REGGIE YOUNG, JR., : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | CASE NO. 7:06-CV-71 (HL) |
| : | |
| RICKY BRYANT, Director, et al, : | |
| : | |
| Defendants : | |

### ORDER ON REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 5) filed August 8, 2006 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections to the Magistrate Judge's Recommendation were filed by the plaintiff within the time allotted.

**SO ORDERED,** this the 18th day of September, 2006.

                                                 **s/ Hugh Lawson**
                                               **HUGH LAWSON, Judge**
                                               **United States District Court**