**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| **THOMAS REGGIE YOUNG, JR.,** | : | |
| Plaintiff | : | |
| v. | : | CASE NO. 7:06-CV-71 (HL) |
| **MS. SIMPSON, Probation Officer,** | : | |
| Defendants | : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 20) filed July 12, 2007 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

The Objections of the plaintiff to the Magistrate Judge's Recommendation (Doc. 21) filed July 19, 2007 have also been read and considered and are found to be without merit.

**SO ORDERED,** this the 14th day of August, 2007.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge
United States District Court**