**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| THOMAS REGGIE YOUNG, JR., | : | |
| Plaintiff | : | |
| v. | : | CASE NO. 7:06-CV-71 (HL) |
| RICKY BRYANT, et al, | : | |
| Defendants | : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 31) filed July 29, 2008 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections were filed by any party to the Magistrate Judge's Recommendation within the time allowed.

**SO ORDERED,** this the 22nd day of August, 2008.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge
United States District Court**